**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JOHN J. REINWALD & KATHRYN J. REINWALD     Case Number: 04-76247
4225 WILDWOOD DRIVE     SSN-xxx-xx-9696 & xxx-xx-0385
CRYSTAL LAKE, IL  60014

Case filed on:     12/17/2004
Plan Confirmed on:     3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $128,292.03     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 028 | GENERAL MOTORS ACCEPTANCE CORP | 400.00 | 400.00 | 400.00 | 0.00 |
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 400.00 | 400.00 | 400.00 | 0.00 |
| 002 | GMAC MORTGAGE | 0.00 | 0.00 | 53,090.62 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 53,090.62 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 010 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 226 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN J. REINWALD | 0.00 | 0.00 | 783.46 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 783.46 | 0.00 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 12,073.40 | 12,073.40 | 12,073.40 | 976.44 |
| 003 | GMAC MORTGAGE | 1,704.76 | 1,704.76 | 1,704.76 | 0.00 |
| 004 | WELLS FARGO AUTO FINANCE | 8,025.00 | 8,025.00 | 8,025.00 | 560.83 |
|  | Total Secured | 21,803.16 | 21,803.16 | 21,803.16 | 1,537.27 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO AUTO FINANCE | 3,566.59 | 3,566.59 | 3,566.59 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 2,498.81 | 2,498.81 | 2,498.81 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,273.92 | 1,273.92 | 1,273.92 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 10,780.60 | 10,780.60 | 10,780.60 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 10,354.84 | 10,354.84 | 10,354.84 | 0.00 |
| 009 | DIRECT LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DR. OLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST EXPRESS | 781.74 | 781.74 | 781.74 | 0.00 |
| 013 | GE CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GOOD SHEPARD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 4,342.53 | 4,342.53 | 4,342.53 | 0.00 |
| 017 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 978.83 | 978.83 | 978.83 | 0.00 |
| 019 | KAREN REINWALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS BANKRUPTCY SERVICE | 1,446.88 | 1,446.88 | 1,446.88 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 1,532.84 | 1,532.84 | 1,532.84 | 0.00 |
| 022 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 4,209.32 | 4,209.32 | 4,209.32 | 0.00 |
| 024 | CITIBANK USA NA | 598.86 | 598.86 | 598.86 | 0.00 |
| 025 | BANK ONE DELAWARE NA | 822.82 | 822.82 | 822.82 | 0.00 |
| 026 | US DEPARTMENT OF EDUCATION | 6,139.27 | 0.00 | 0.00 | 0.00 |
| 027 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 49,327.85 | 43,188.58 | 43,188.58 | 0.00 |
|  | Grand Total: | 74,231.01 | 68,091.74 | 121,965.82 | 1,537.27 |

Total Paid Claimant:     $123,503.09
Trustee Allowance:     $4,788.94
Percent Paid Unsecured:     100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009              By  /s/Heather M. Fagan